Alan Harris (SBN 146079)
aharris@harrisandruble.com
Priya Mohan (SBN 228984)
pmohan@harrisandruble.com
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone:  323.962.3777
Facsimile:  323.962.3004

*Attorneys for Plaintiff Linda Durst*

Brian A. Sun (SBN 89410)
basun@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone:  (213) 489-3939
Facsimile:  (213) 243-2539

*Attorneys for Defendant Greenberg Glusker, et al. & Bertram Fields*

Stephen M. Kristovich (SBN 82164)
Steve.kristovich@mto.com
Carl H. Moor (SBN 138985)
Carl.moor@mto.com
MUNGER TOLLES & OLSON, LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

*Attorneys for Defendant Brad Grey*

**[CAPTION CONTINUES ON NEXT PAGE]**

LAI-3128718v1

1

[PROPOSED] ORDER REGARDING THE PARTIES' STIPULATION OF DISMISSAL

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA DURST, a.k.a. LINDA DOUCETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BERTRAM FIELDS, et al.,<br><br>　　　　　Defendants. | Case No. CV 09-8117 DSF (AWJx)<br><br>*Assigned to Hon. Dale S. Fischer*<br><br>**ORDER REGARDING STIPULATION OF DISMISSAL**<br>**FRCP 41(a)(1)(A)(ii)** |

1

**<u>ORDER</u>**

2  The parties having submitted a Joint Stipulation to dismiss this action per Federal Rule of
3  Civil Procedure, Rule 41, the Court orders the case dismissed.

4

5  APRIL 20, 2011

*Dale S. Fischer*

6                            HON. DALE S. FISCHER

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28